# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany May Wilson <br>         Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, N.A., its successors and/or assigns <br>         Moving Party <br>   vs. | |
| Tiffany May Wilson <br>         Debtor | NO. 13-06432 RNO |
| Charles J. DeHart, III Esq. <br>         Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from the Automatic Stay of JPMorgan Chase Bank, N.A., which was filed with the Court on or about **August 05, 2016**.

              Respectfully submitted,

              **/s/ Joshua I. Goldman, Esquire**
              Joshua I. Goldman, Esquire
              Thomas Puleo, Esquire
              Attorneys for Movant/Applicant
              KML Law Group, P.C.
              Main Number: (215) 627-1322

October 13, 2016