# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

February 6, 2017

<u>**Via ECF Only**</u>

TO:   US BANKRUPTCY COURT - CLERK

RE:   Tiffany Wilson
      Chapter 13 Bankruptcy Case No. 1-13-06432

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

> CUMBERLAND VALLEY RHEUMATOLOGY
> 10 PARKWOOD DRIVE #A
> CHAMBERSBURG PA 17201-4501

The Creditor's <u>previous</u> address was as follows:

> CUMBERLAND VALLEY RHEUMATOLOGY
> 220 WILSON STREET
> CARLISLE PA 17013-3697

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm