# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

January 29, 2018

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Tiffany May Wilson
Chapter 13 Bankruptcy Case No. 1:13-bk-06432

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ADM Credit Union, 3735 E William Street Road, Decatur, IL 62521

The Creditor's <u>previous</u> address was as follows:

ADM Credit Union, 3695 E William Street Road, Decatur, IL 62521

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*/s/ Gary J. Imblum*
Gary J. Imblum

GJI/bad