**Sharlene Miller**

From: USBankruptcyCourts@noticingcenter.com
Sent: Friday, March 29, 2019 4:16 PM
To: Gary Imblum
Subject: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Tiffany May Wilson, Case Number: 13-06432, HWV, Ref: [p-132868724]
Attachments: R_P113064323180W0294.PDF

Notice of Returned Mail to Debtor/Debtor's Attorney

March 29, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Tiffany May Wilson, Case Number 13-06432, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

ALLIED INTERSTATE
3000 CORPORATE EXCHANGE DRIVE
COLUMBUS, OH 43231-7689

THE UPDATED ADDRESS IS:

PO Box 361477
Columbus OH 43236

4/1/2019

Signature of Debtor or Debtor's Attorney _____  Date 4/2/19

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel

Login

To: gary.imtlm@imblumlaw.com
From: usbankruptcycourts@noticingcenter.com

Message Score: 1
My Spam Blocking Level: Low

Block this sender
Block noticingcenter.com

High (60): Pass
Medium (75): Pass
Low (90): Pass

This message was delivered because the content filter score did not exceed your filter level.

4/1/2019